# United States District Court
## Southern District of Georgia

ALEXANDER JACKSON
        Petitioner

JUDGMENT IN A CIVIL CASE

v.                    CASE NUMBER: CV406-273

UNITED STATES OF AMERICA
        Respondent

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of May 17, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, granting Respondent's motion to dismiss and dismissing Petitioner's 2255 motion to vacate and motion to correct presentence investigation report; Judgment is hereby entered. This action stands closed.

| May 17, 2007 | Scott L. Poff |
|---|---|
| Date | Clerk |

_Mary Anne Hill_
(By) Deputy Clerk